■ In the Matter of JILLIAN JONAS et al., Respondents, v OTTO VELEZ et al., Respondents-Respondents. In the Matter of SEYMOUR FRIEDMAN, Appellant-Respondent, v JERROLD L. NADLER, Respondent-Appellant, and OTTO VELEZ et al., Respondents-Respondents.—Judgment, Supreme Court, New York County (Martin Evans, J.), entered on August 21, 1985, unanimously affirmed, without costs and without disbursements. Concur—Carro, J. P., Bloom, Fein and Ellerin, JJ.